# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

Estate of Donald Maier,
by Personal Representative Jeannette Maier, and
Jeanette Maier,

          Plaintiffs,

         v.                           Case No. 25-cv-611

Secretary of Wisconsin Department of Corrections
Jared Hoy, in his official capacity,
       and
Randall Hepp, Emily Westover,
Bradley Mlodzik, Yana Pusich,
Michael Lueneburg, Joel Sankey,
Jenny Vaillancourt, Bradley Lewin,
Carlee Martin, Nathan Shreve,
Dustin Wiltgen, Scott Kinnard,
Melissa Tempski, Dr. Casey Roca,
Jamall Russell, Maria Gomez-Sena,
Sarah Am Ransbottom, Jessica Hosfelt,
Kayla Miedema-Danielson, Devyn Urban,
Alexander Hollfelder, Aimee Marshall,
Eric Henrichs, Lajuan Lewis, Brian Taplin,
Jaime Engstrom, Sara English,
Andrew Arzenhofer, Brandon Fisher,
Guillermo Avila, Leopoldo Escorza,
Dustin Fay, Robert McGuinness,
Karisa Smits, and Jeramie Chalker,

         Each in his or her individual capacity,

         Defendants

## STIPULATION FOR DISMISSAL

The parties, the Plaintiffs by their counsel The Jeff Scott Olson Law Firm, S.C. and the Defendants by their counsel, the State of Wisconsin Department of Justice, hereby agree and stipulate that this case be dismissed with prejudice and without costs.

Dated this 23rd day of June, 2026

Respectfully submitted on behalf of

Estate of Donald Maier, by Personal
Representative Jeannette Maier, and
Jeanette Maier, Plaintiffs

By

ATTORNEYS FOR PLAINTIFF
THE JEFF SCOTT OLSON LAW FIRM, S. C.
Jeff Scott Olson
State Bar Number 1016284
Andrea J. Farrell
State Bar Number 1064773
1025 Quinn Drive, Suite 500
Waunakee, Wisconsin 53597
Phone    (608) 283-6001
Fax       (608) 283-0945
Email    JSOlson@scofflaw.com

/s/ Jeff Scott Olson

_____

Jeff Scott Olson

Respectfully submitted on behalf of

Secretary of Wisconsin Department of Corrections
Jared Hoy, in his official capacity,
Randall Hepp, Emily Westover,
Bradley Mlodzik, Yana Pusich,

2

Michael Lueneburg, Joel Sankey,
Jenny Vaillancourt, Bradley Lewin,
Carlee Martin, Nathan Shreve,
Dustin Wiltgen, Scott Kinnard,
Melissa Tempski, Dr. Casey Roca,
Jamall Russell, Maria Gomez-Sena,
Sarah Am Ransbottom, Jessica Hosfelt,
Kayla Miedema-Danielson, Devyn Urban,
Alexander Hollfelder, Aimee Marshall,
Eric Henrichs, Lajuan Lewis, Brian Taplin,
Jaime Engstrom, Sara English,
Andrew Arzenhofer, Brandon Fisher,
Guillermo Avila, Leopoldo Escorza,
Dustin Fay, Robert McGuinness,
Karisa Smits, and Jeramie Chalker,

Defendants,

By

ATTORNEYS FOR DEFENDANTS
Attorney General Josh Kaul
Assistant Attorney General Brandon T. Flugaur
State Bar No. 1074305
Assistant Attorney General Samir Jaber
State Bar No. 1076522
State of Wisconsin Department of Justice
Division of Legal Services
17 West Main Street, PO Box 7857
Madison, WI 53707-7857
Phone: 608-267-2229
Fax: 608-294-2907

/s/ Samir Jaber

_____

Samir Jaber

3